IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

Jerry L. Kemp, as Trustee of the JERRY L. KEMP
FAMILY TRUST (the successor in interest to any real property
owned by R. L. Kemp, Jr.); Carol Lynn Kemp Simpson, as
Trustee of the KAILEY LAUREN KEMP TRUST,
CHELSEA EMERALD KEMP TRUST, ROBERT
LOGAN KEMP TRUST, and KEVIN LEE KEMP, JR. TRUST; and
The Trustees of the KEMP TRUST,
being a Trust created U/A dated January 15, 1990                     **PLAINTIFFS**

vs.                                              CIVIL ACTION NO. 2:11cv10-DCB-JMR

THE LAMAR COMPANY, LLC,
TLC PROPERTIES, INC.,
& JOHN DOES 1, 2 and 3                                               **DEFENDANTS**

## AGREED ORDER ALLOWING ADDITIONAL TIME

BEFORE THE COURT is Plaintiffs' Unopposed Motion for Time to File a Response to Defendants' Motion to Strike Exhibits E and F to Plaintiffs' Response to Defendants' Motion for Summary Judgment, and the Court finds that the same is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs are granted twenty (20) days from the date of the filing this Order in which to respond to Defendants' Response to Defendants' Motion to Strike Exhibits E and F to Plaintiffs' Response to Defendants' Motion for Summary Judgment.

SO ORDERED on this the 11th day of October, 2011.

s/David Bramlette
UNITED STATES DISTRICT COURT JUDGE

Clark Hicks
L. CLARK HICKS, JR., Esq.
*Attorney for Plaintiffs*

Lisa Anderson Reppeto, Esq.
*Attorney for Defendants*